No. 84–1743. BELLETIRE, DIRECTOR, DEPARTMENT OF MENTAL HEALTH AND DEVELOPMENTAL DISABILITIES, ET AL. *v.* PARKS ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–1749. ARMSTRONG, TRUSTEE OF THE ESTATE OF GELKING *v.* STATE BANK OF TOWNER. C. A. 8th Cir. Certiorari denied.

No. 84–1754. CAVANAGH *v.* GOLDBERG, JUDGE, RHODE ISLAND FAMILY COURT, ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–1755. MODELL *v.* GRIES SPORTS ENTERPRISES, INC., ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 84–1757. HELLMAN *v.* UNIVERSITY OF PITTSBURGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–1758. DURANTE BROS. & SONS, INC. *v.* NATIONAL BANK OF NEW YORK CITY ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–1760. CANALE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 84–1767. KONZEN *v.* KONZEN. Sup. Ct. Wash. Certiorari denied.

No. 84–1782. SMYTHE, CRAMER CO. ET AL. *v.* SMITH ET UX. C. A. 6th Cir. Certiorari denied.

No. 84–1786. WELENKEN HIMMELFARB & CO. ET AL. *v.* HOLT, AKA ATCHISON. C. A. 6th Cir. Certiorari denied.

No. 84–1787. BOWERS *v.* CONTINENTAL INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 84–1789. SIMON ET AL. *v.* CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied.

No. 84–6351. SOLIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.